UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,</br></br>    Plaintiff,</br></br>    v.</br></br>JEFFREY STEPHENS,</br></br>    Defendant. | CASE NO. CR21-129 JCC</br></br>DETENTION ORDER |

Offense charged:    Conspiracy to Distribute Controlled Substances; Laundering of Monetary Instruments; Asset Forfeiture Allegations

Date of Detention Hearing:    September 13, 2021.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

DETENTION ORDER
PAGE -1

1. Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant is alleged to be a prolific high-level drug vendor, selling multiple controlled substances on the Dark Web utilizing various monikers. The alleged conspiracy includes allegations the defendant laundered over $1,000,000 in drug proceeds through the Dark Web utilizing bitcoin currencies, sending significant sums of currency overseas to drug suppliers. In support of the government's motion for detention, alleged wire-tap conversations were proffered to show the defendant poses significant risks of danger and non-appearance, alleging the defendant discussed intentions to kill law enforcement officials and moving to another country. The defendant has a minimal history of legitimate employment, and a number of firearms and high capacity magazines, as well as body armor and numerous digital devices, were allegedly found during a search of defendant's residence. Defendant is reported to utilize false identifications and aliases.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with

counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 13th day of September, 2021.

Mary Alice Theiler
United States Magistrate Judge