UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>JEFFREY STEPHENS,<br><br>                Defendant. | CASE NO. **2:21-cr-00129-JCC**<br><br>**ORDER GRANTING MOTION RE: RESPONSE, DKT. 61, SEALING DEFENDANT'S MOTION, DKT. 58, AND RENOTING MOTION** |

The Court GRANTS the United States' unopposed motion to extend the time to respond and to renote Defendant's motion to reopen, Dkt 61, and ORDERS:

    1.    The United States' response is due by August 19, 2022.

    2.    Defendant's motion to reopen detention Dkt. 57, is renoted for August 24, 2022.

The Court also GRANTS Defendant's motion to seal, Dkt. 58, and ORDERS Defendant's document, Dkt. 59, be sealed.

DATED this 9th day of August, 2022.

                                                     BRIAN A. TSUCHIDA
                                                     United States Magistrate Judge