THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR21-129-JCC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NOTICE OF CRIMINAL APPEAL |
| ) | |
| JEFFREY STEPHENS, ) | |
| ) | |
| Defendant. ) | |

NOTICE IS GIVEN that Jeffrey Stephens, defendant in the above-named case, appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's Order Denying Defendant's Motion for Review and Revocation of the Orders for Detention and Motion to Reopen the Detention Hearing entered October 5, 2022 (Dkt. 71). Mr. Stephens been in custody since September 8, 2021.

DATED this 11th day of October 2022.

Respectfully submitted,

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for Jeffrey Stephens
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Phone: (206) 553-1100
Fax: (206) 553-0120
Dennis_Carroll@fd.org

NOTICE OF CRIMINAL APPEAL
(*United States v. Stephens*, CR21-129-JCC) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100