THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR21-0129-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| JEFFREY STEPHENS, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's second unopposed motion for an extension of time (Dkt. No. 85) to respond to Defendant's motion to compel. (Dkt. No. 82). Finding good cause, the Court extends the deadline for Government to respond to March 9, 2023.

DATED this 3rd day of March 2023.

Ravi Subramanian
Clerk of Court

s/Samantha Spraker
Deputy Clerk

MINUTE ORDER
CR21-0129-JCC
PAGE - 1